People of the State of Illinois, Plaintiff-Appellee, v. Warren Odom, Defendant-Appellant.

Gen. No. 48,654. ▇▇▇▇▇▇▇▇▇▇

First District, First Division.

November 5, 1962.

William A. Booker and Howard T. Savage, of Chicago, for appellant; Daniel P. Ward, of Chicago (Thomas A. Hett, of counsel), for appellee.

Opinion by MR. JUSTICE MURPHY. Not to be published in full.

Walter J. Rudolph, Respondent (Plaintiff), v. O. D. Jennings and Company, an Illinois Corporation, Petitioner (Defendant).

Gen. No. 48,655.

First District, First Division.

November 5, 1962.